

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00165-CV

———————————————

M. RUNNELS INVESTMENTS, LTD., Appellant

V.

TY TIPTON, DVM; EQUINE SPORTS MEDICINE & SURGERY RACE HORSE SERVICES, PLLC; AND EQUINE SPORTS MEDICINE & SURGERY WEATHERFORD DIVISION, PLLC, Appellees

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV18-0639

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Dismiss," which is unopposed. We grant the motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 22, 2023